# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United Wholesale Mortgage, | No. CV-25-02946-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| New York Community Bank, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion to Transfer Case to U. S. Magistrate Judge for Settlement Conference. (Doc. 34). The Court will construe the motion as a motion for a referral to a magistrate judge for purposes of conducting a settlement conference.

**IT IS ORDERED** granting Plaintiff's Motion for Referral to a Magistrate Judge for Settlement Conference. (Doc. 34).

**IT IS FURTHER ORDERED** that this matter is referred to United States Magistrate Judge D. Thomas Ferraro for a settlement conference. Counsel are directed to jointly contact Judge Ferraro's Chambers at (520) 205-4598 no later than **March 25, 2026** to schedule a date and time for the settlement conference and for instructions regarding preparation for such conference.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** affirming all orders and deadlines set forth in the Court's December 12, 2025 Case Management Order (Doc. 30).

Dated this 19th day of March, 2026.

G. Murray Snow
Senior United States District Judge