Mark W. Drutz, #006772
Jeffrey D. Gautreaux, #028104
**MUSGROVE DRUTZ BUTNER & GAUTREAUX, PC**
1135 W. Iron Springs Road
Prescott, AZ  86305
Phone:  (928) 445-5935
Fax:      (928) 445-5980
Firm Email: admin@mdkglaw.com
Attorneys for Plaintiff United Wholesale Mortgage

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United Wholesale Mortgage, a national mortgage lender, | Case No. CV-25-02946-PHX-GMS |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| V. | |
| New York Community Bank dba Amtrust Bank, a National Banking Association; The United States Treasury; Nathan Sproul and Tiffani Sproul, husband and wife; Real T Solutions, Inc., a foreign corporation; ABC Corporations I-X; XYZ Partnerships I-X; Unknown Heirs of any of the above, if they be deceased; John Does I-X; and Jane Does I-X, | |
| Defendants. | |

Plaintiff United Wholesale Mortgage ("**Plaintiff**"), by and through undersigned counsel, hereby provides notice that the parties have reached a settlement in this matter.

The parties are in the process of finalizing this settlement through a Settlement Agreement and will submit a Stipulation for Dismissal with Prejudice in due course.

**DATED** this 13th day of July, 2026.

MUSGROVE DRUTZ BUTNER & GAUTREAUX, PC

By _____
Mark W. Drutz
Jeffrey D. Gautreaux
*Attorneys for Plaintiff*

COPY of the foregoing emailed
this 13th day of July, 2026, to:

Cody Huffaker
Copper Canyon Law
43 East 1st Avenue
Mesa, AZ  85210
alan@coppercanyonlaw.com

Mitra Paul Singh
Hinshaw & Culbertson LLP
2375 E. Camelback Rd., Suite 410
Phoenix, AZ 85016
MSingh@hinshawlaw.com

Kurt Zitzer
Nikos P. Povilaitis
Meagher + Geer, P.L.L.P.
16767 North Perimeter Drive, Suite 210
Scottsdale, AZ 85260
npovilaitis@meagher.com

Emory Hurley
U.S. Department of Justice
Office of the United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004
Emory.hurley@usdoj.gov

Hon. D. Thomas Ferraro
United States District Court
District of Arizona
Evo A. DeConcini United States Courthouse
405 West Congress Street
Tucson, AZ  85701-5001
E-mail: ferraro_chambers@azd.uscourts.gov; Amanda_Damianakos@azd.uscourts.gov

_____

MUSGROVE DRUTZ BUTNER & GAUTREAUX, PC
1135 W IRON SPRINGS ROAD
PRESCOTT, ARIZONA 86305
TELEPHONE: (928) 445-5935
FAX NUMBER: (928) 445-5980

2